Stephen Shaiken, Esq. Bar No. 90915
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133-5102
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Petitioner Van Hung Vi

J.D. #401
U.S DISTRICT
~~SUPERIOR~~ COURT OF CALIFORNIA

~~ALAMEDA COUNTY~~ -OAKLAND DIVISION

| | |
|---|---|
| Van Hung Vi,<br>    Petitioner,<br>vs.<br>Nancy Alcantar, Field Office Director,<br>United States Immigration and<br>  Customs Services (USICE),<br>Janet L. Myers, Assistant Secretary<br>and Michael Chertoff, Secretary,<br>Department of Homeland Security<br><br>    Respondents | District Ct. No.: C075527 CW<br>Agency No.: A21 508 838<br><br>**CORRECTION OF NAME IN<br>PETITION FOR<br>WRIT OF HABEAS CORPUS<br>AND SUMMONS** |

**TO THE ABOVE ENTITLED COURT AND TO RESPONDENTS:**

**PLEASE TAKE NOTICE** that in he petition for writ of habeas corpus and in the summons, defendant Julie L. Myers was incorrectly named as Janet L. Meyers. Wherever the incorrect name appears in the petition or summons, it should be deemed changed to the correct name of Julie L. Myers.

Dated November 9, 2007 at San Francisco, CA

                          Respectfully submitted,

                          THE LAW OFFICES OF STEPHEN SHAIKEN

            By:   _____
                          Stephen Shaiken, Esq.