**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   VAN HUNG VI                              NO. CV 07-05527 CW

11            Petitioner,                     **CLERK'S NOTICE RE: FAILURE
       v.                                     TO FILE ELECTRONICALLY
12                                            AND/OR REGISTER AS AN E-
                                              FILER**
13   NANCY ALCANTAR
              Respondent.
14   _____/

15
16   On 10/30/07 and 11/13/07, counsel for Petitioner filed a **Petition for Writ of Habeas Corpus, docket**
17   **#1 and Correction of name in petition for writ of habeas corpus and summons, docket #2**
     manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4 and
18
     General Order 45.
19
20
     The above mentioned  paper document has been filed and docketed. However, General Order 45
21
     provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22
     presumptively designated" as e-filing cases. Therefore, counsel for Petitioner  should submit the
23
     **Petition for Writ of Habeas Corpus and Correction**, in PDF format within 10 days, as an attachment
24
     in an *e-mail* message directed to the judges chamber's "PDF" email box listed at
25
     http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not*
26
     e-file a document which has been previously filed on paper, as is the case with the above mentioned
27
     filing. All subsequent papers should be e-filed.
28

1

2  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

3  become an ECF User and be assigned a user ID and password for access to the system upon designation

4  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

5  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

6  at ecf.cand.uscourts.gov.

7  Dated: November 13, 2007                                Kelly Collins
                                                           Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California