Stephen Shaiken, Esq.  Bar No. 90915
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133-5102
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Petitioner Van Hung Vi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

Van Hung Vi,                                    )        District Ct. No.: C075527 CW
                    Petitioner,                 )        Agency No.: A21 508 838
        vs.                                     )
Nancy Alcantar, Field Office Director,          )
United States Immigration and                   )
    Customs Services (USICE),                   )        **CORRECTION OF NAME IN**
    Janet L. Myers, Assistant Secretary         )        **PETITION FOR**
and Michael Chertoff, Secretary,                )        **WRIT OF HABEAS CORPUS**
    Department of Homeland Security              )        **AND SUMMONS**
                                                )
                Respondents                     )
                                                )

**TO THE ABOVE ENTITLED COURT AND TO RESPONDENTS:**

    **PLEASE TAKE NOTICE** that in he petition for writ of habeas corpus and in the summons,
defendant Julie L. Myers was incorrectly named as Janet L. Meyers.  Wherever the incorrect name
appears in the petition or summons, it should be deemed changed to the correct name of Julie L. Myers.

Dated November 9, 2007 at San Francisco, CA

                                        Respectfully submitted,

                                        THE LAW OFFICES OF STEPHEN SHAIKEN

                        By:     _____
                                        Stephen Shaiken, Esq.