IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN HUNG VI,<br><br>    Petitioner,<br><br>  vs.<br><br>NANCY ALCANTAR, Field Office Director, United States Immigration and Customs Services (USICE), JANET L. MYERS, Assistant Secretary , Department of Homeland Security, and MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br><br>    Respondents. | No. C 07-5527CW<br><br>ORDER TO SHOW CAUSE |

    Petitioner, in the custody of Respondents, seeks a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner is represented by counsel.

    For good cause shown,

    The Clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto on Respondent and Respondent's attorney, the United States Attorney for the Northern District of California.  The Clerk also shall send a

copy of the petition to the Attorney General of the United States in Washington, D.C. The Clerk shall also serve a copy of this Order on Petitioner and his counsel.

The briefing schedule on Petitioner's petition is as follows:

1. Respondent shall file with the Court and serve on Petitioner and his counsel, within thirty days of the issuance of this order, an answer responding to the allegations of the petition and showing cause why a writ of habeas corpus should not be issued. Respondent shall file and serve with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

2. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty days of receipt of the answer.

IT SO ORDERED.

DATED: 12/18/07

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VAN HUNG VI,

        Plaintiff,

v.

NANCY ALCANTAR et al,

        Defendant.
_____/

Case Number: CV07-05527 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Alcantar
Field Office Director
U.S. Immigration and Customs Services
630 Sansome Street
San Francisco, CA  94111

Jamet L. Myers
Assistant Secretary
U.S. Department of Homeland Security
Washington, D.C.   20528

Michael Chertoff
Secretary
U.S. Department of Homeland Security
Washington, D.C.   20528

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA  94102

Attorney General
U.S. Department of Justice
Washington D.C.   20530

3

Dated: December 18, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk