SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VAN HUNG VI,<br><br>                    Petitioner,<br><br>            v.<br><br>NANCY ALCANTAR, Field Office Director,<br>United States Immigration and Customs Services<br>(USICE);<br>JANET L. MYERS, Assistant Secretary;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. C 07-5527 CW

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding

will be by Ila C. Deiss, Assistant United States Attorney.

Dated: December 19, 2007                Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney

Notice of Appearance
C07-5527 CW