JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VAN HUNG VI, | ) No. C 07-5527 CW |
| Petitioner, | ) |
| v. | ) **DECLARATION OF ILA C. DEISS** |
| NANCY ALCANTAR, Field Office Director, United States Immigration and Customs Services (USICE); JANET L. MYERS, Assistant Secretary; MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | ) |
| Respondents. | ) |

Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned *Vi v. Alcantar*, C 07-5527 CW. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2. At the inception of this case, the United States Immigration and Customs Enforcement ("ICE") provided me portions of Petitioner's Alien file.

3. Attached as Exhibit A is a true and correct copy of an Indictment, filed February 22, 2007 in the United States District Court for the Eastern District of California in *USA v. Vi, et al.*, 07-cr-0059 LKK.

4. Attached as Exhibit B is a true and correct copy of a Detention Order filed on February 21,

Declaration of Ila C. Deiss
C07-5527 CW                                          1

1 | 2007 in the United States District Court for the Eastern District of California in *USA v. Vi*, et al.,
2 | 07-cr-0059 LKK.
3 |     5.  Attached as Exhibit C is a true and correct copy of a Notification to Alien of Conditions of
4 | Release or Detention, dated August June 8, 1995.
5 |     6.  Attached as Exhibit D is a true and correct copy of a Detention Order filed on March 15,
6 | 2007 in the United States District Court for the Eastern District of California in *USA v. Vi*, et al.,
7 | 07-cr-0059 LKK.
8 |     I declare under penalty of perjury that the foregoing is true and correct and that this declaration
9 | was executed under the laws of the United States on this 18th day of April 2008, in San Francisco,
10 | California.

                                         /s/
                                ILA C. DEISS