**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN HUNG VI,

          Petitioner,

    v.

NANCY ALCANTAR, Field Office
Director, United States Immigration
and Customs Services (USICE); JANET
L. MYERS, Assistant Secretary;
MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,

          Respondents.

_____/

No. C 07-05527 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying

Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Van Hung Vi's Petition for Writ of Habeas

Corpus is denied and that each party bear its own costs of action.

    Dated at Oakland, California, this 3rd day of July, 2008.

                         RICHARD W. WIEKING
                         Clerk of Court

                         *Sheilah Cahill*

            By: _____
                         SHEILAH CAHILL
                         Deputy Clerk